```
TOWNSEND AND TOWNSEND AND CREW LLP
Iris Sockel Mitrakos, California Bar No. 190162
12730 High Bluff Dr., Suite 400
San Diego, CA 92130
Telephone: (858) 350-6100
Facsimile:  (858) 350-6111
Email: ismitrakos@townsend.com

David E. Sipiora, California Bar No. 124951
Matthew C. Holohan, California Bar No. 239040
1400 Wewatta Street, Suite 600
Denver, CO 80202
Telephone: (303) 405-8525
Facsimile:  (303) 571-4321
Email: desipiora@townsend.com
       mcholohan@townsend.com

Attorneys for Plaintiff
WI-LAN INC.
```

FILED
2010 NOV 15  PM 4:07
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

VIA FAX

| WI-LAN INC., | Case No: Misc '10 CV 2351 WQH BLM |
|---|---|
| Plaintiff | |
| v. | (S.D.N.Y Case No. 10 Civ. 432 (LAK) (AJP)) |
| LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC., | WI-LAN INC.'S *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME |
| Defendants | |

Pursuant to Local Rule 7.1.e.5, Plaintiff Wi-LAN Inc. ("Wi-LAN") hereby applies for an Order Shortening Time concerning Wi-LAN's Motion to Compel Compliance with Subpoena to Broadcom Corporation. Wi-LAN's Motion seeks full compliance with the subpoena by Broadcom Corporation ("Broadcom") by November 24, 2010 (production of documents) and November 30, 2010 (deposition of witness). As set forth in Wi-LAN's Motion, compliance by this date is necessary in light of the fact that the close of fact discovery in the underlying litigation is December 3, 2010. In light of this schedule, the normal briefing schedule set forth in the Local Rules will effectively prevent Wi-LAN from obtaining the requested relief, and will significantly prejudice Wi-LAN in the

1 | underlying litigation.

2 | Accordingly, Wi-LAN respectfully requests that Broadcom's Opposition Brief, if any, be due on November 17, 2010; and Wi-LAN's Reply Brief, if any, be due on November 18, 2010. Wi-LAN further requests that the Court decide Wi-LAN's motion without oral argument pursuant to Local Rule 7.1.d.1 in light of the scheduling issues discussed above.

DATED: November 15, 2010            TOWNSEND AND TOWNSEND AND CREW LLP


By: _____
IRIS SOCKEL MITRAKOS
Attorneys for Plaintiff WI-LAN INC.