```
TOWNSEND AND TOWNSEND AND CREW LLP
Iris Sockel Mitrakos, California Bar No. 190162
12730 High Bluff Dr., Suite 400
San Diego, CA 92130
Telephone: (858) 350-6100
Facsimile:  (858) 350-6111
Email: ismitrakos@townsend.com

David E. Sipiora, California Bar No. 124951
Matthew C. Holohan, California Bar No. 239040
1400 Wewatta Street, Suite 600
Denver, CO  80202
Telephone: (303) 405-8525
Facsimile:   (303) 571-4321
Email:  desipiora@townsend.com
        mcholohan@townsend.com

Attorneys for Plaintiff
WI-LAN INC.
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WI-LAN INC.,<br><br>         Plaintiff<br><br>         v.<br><br>LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.,<br><br>         Defendants | Case No: Misc 10cv2351 WQH (BLM)<br><br>(S.D.N.Y Case No. 10 Civ. 432 (LAK) (AJP))<br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify and declare under penalty of perjury that the following statements are true and correct:

   1. I am over the age of 18 years and am not a party to the within cause. My business address is 12730 High Bluff Drive, Suite 400, San Diego, California 92130.

   2. I am familiar with my company's mail collection and processing practices, know that said mail is collected and deposited with the appropriate overnight delivery service or with the United States Postal Service on the same day it is deposited in interoffice mail, and know that postage thereon

1  is fully prepaid.
2        3.   Following said practice, on November 16, 2010 I served by United States mail, a true
3  copy of the attached documents titled exactly:
4   - Civil Cover Sheet;
5   - Wi-Lan Inc.'s Notice of Motion and Motion to Compel Compliance with Subpoena to Broadcom Corporation;
7   - Wi-Lan Inc.'s Memorandum of Points and Authorities in Support of Motion to Compel Compliance with Subpoena to Broadcom Corporation;
9   - Declaration of Iris Sockel Mitrakos in Support of Wi-Lan's Motion to Compel Compliance with Subpoena to Broadcom Corporation;
11  - Wi-Lan, Inc.'s *Ex Parte* Application for an Order Shortening Time;
12  - [Proposed] Order Granting Wi-Lan Inc.'s Motion and Motion to Compel Compliance with Subpoena to Broadcom Corporation; and
14  - [Proposed] Order Granting Wi-Lan Inc.'s *Ex Parte* Application for an Order Shortening Time.

by placing the copies in an addressed, sealed envelope and depositing them in regularly maintained interoffice mail to the following:

| | |
|---|---|
| Jennifer K. Bush<br>Broadcom Corporation<br>5300 California Avenue<br>Irvine, CA  92617<br>jbush@broadcom.com | Attorney for Broadcom Corporation |
| Richard A. Edlin<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, NY  10166<br>edlinr@gtlaw.com | Attorneys for Defendants LG Electronics and LG Electronics USA, Inc. |

| | | |
|---|---|---|
| 1 | Richard D. Harris | Attorneys for Defendants LG Electronics and |
| 2 | Jeffrey G. Mote<br>James Lukas, Jr. | LG Electronics USA, Inc. |
| 3 | Eric J. Maiers<br>Greenberg Traurig, LLP | |
| 4 | 77 West Wacker Drive, Suite 3100<br>Chicago, IL  60601 | |
| 5 | harrisr@gtlaw.com | |
| 6 | motej@gtlaw.com<br>lukasj@gtlaw.com | |
| 7 | maierse@gtlaw.com | |

Additionally, courtesy copies of the foregoing listed documents were emailed this date to the above-named addressees.

EXECUTED this 16th day of November, 2010, at San Diego, California.

*[signature]*
Sherry P. Schacht